IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02218-LTB-CBS

ANDREW S. GARCIA,
    Plaintiff,

v.

CATHY LOVELL (Nurse Supervisor), and
LORI (DOE) Nurse,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 12 2008

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

This civil action comes before the court for service of the Second Amended Prisoner Complaint (doc. # 11). Pursuant to the Order of Reference dated February 11, 2008 (doc. # 16), this case was referred to the Magistrate Judge to, *inter alia*, '[h]ear and determine pretrial matters, . . ." On November 6, 2007, the court granted Plaintiff Garcia leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 2). It is now

ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Complaint and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process on them, Defendants shall respond to the Second Amended Prisoner Complaint (doc. # 11) as provided in the

Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 12th day of February, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02218-LTB-CBS

Andrew S. Garcia
Prisoner No. 134874
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Cathy Lovell, and Lori (Doe) Nurse - **WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Cathy Lovell, and Lori (Doe) Nurse; and to John Suthers: SECOND AMENDED COMPLAINT FILED 01/14/08, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/12/08 .

GREGORY C. LANGHAM, CLERK

By _____
        Deputy Clerk