IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02218-LTB-CBS

ANDREW S. GARCIA,
    Plaintiff,
v.

CATHY LOVELL (Nurse Supervisor), and
LORI (DOE) NURSE,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Garcia's "Answer and Motion to Court," filed on April 1, 2008 in response to the court's March 26, 2008 Order directing Mr. Garcia to make monthly filing fee payments or to show cause. (*See* doc. # 24 (docketed by the Clerk of the Court as ". . . Motion for an Order"); doc. # 23). Pursuant to the Order of Reference dated February 11, 2008 (doc. # 16), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . ." The court has reviewed Mr. Garcia's motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Garcia asks the court to order "the filing fee payments deducted from his account automatically each month . . . ." Pursuant to the court's November 6, 2007 "Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915" (doc. # 5), the responsibility remains with Mr. Garcia for ensuring that monthly filing fee payments are

made or for demonstrating why a payment cannot be made.  This is the standard practice of the U.S. District Court for the District of Colorado in all prisoner cases.  Mr. Garcia must monitor his own financial resources and comply with the applicable rules and regulations existing at the facility where he is incarcerated to meet his monthly filing fee obligations.  Mr. Garcia must make the required monthly payments or show cause each month by filing a certified copy of his inmate trust account statement to show that he has no assets and no means by which to make the monthly filing fee payment.  Accordingly,

IT IS ORDERED that Mr. Garcia's ". . . Motion to Court" (filed April 1, 2008) (doc. # 24) (docketed by the Clerk of the Court as ". . . Motion for an Order") is DENIED.

DATED at Denver, Colorado, this 8th day of April, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge