IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 07-cv-02218-CMA-CBS

ANDREW S. GARCIA,

      Plaintiff,

v.

CATHY LOVELL (Nursing Supervisor), and
LORI (DOE) NURSE,

      Defendants.

---

**ORDER ADOPTING AND AFFIRMING OCTOBER 20, 2008 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

      This matter is before the Court on the Recommendation of United States

Magistrate Judge that this action be dismissed with prejudice because of Plaintiff

Andrew S. Garcia's repeated failure to comply with Court orders (Doc. # 46).  The

Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B),

Fed.R.Civ.P. 72(b).

      The Recommendation advised the parties that specific written objections were

due within ten (10) days after being served with a copy of the Recommendation.

(Recommendation at 5-6.)  Despite this advisement, no objections to the Magistrate

Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may
> review a magistrate. . . [judge's] report under any standard it
> deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167

(10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

The Court deems the clear error standard as appropriate in this case.  As explained below, the Court is satisfied that the Recommendation of Magistrate Judge Shaffer is sound and that there is no clear error on the face of the record.

Mr. Garcia filed this civil rights lawsuit in October 2007 but failed to comply with 28 U.S.C. § 1915 and at least two of Magistrate Judge Shaffer's Orders.  The Magistrate Judge gave Mr. Garcia repeated opportunities to remedy his noncompliance, but Mr. Garcia continued to disregard court orders nor did he even attempt to show good cause why he could not comply with Magistrate Judge Shaffer's orders. Accordingly, Magistrate Judge Shaffer recommended that this case be dismissed with prejudice pursuant to *Ehrenhuas v. Reynolds*, 965 F.2d 916 (10th Cir. 1992). The Court agrees with Magistrate Shaffer that dismissal is an appropriate sanction for Mr. Garcia's failure to prosecute and comply with 28 U.S.C. § 1915.[1]

Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Shaffer (Doc. # 46), filed October 20, 2008, is AFFIRMED and ADOPTED.

Because the Court has affirmed and adopted the Magistrate Judge's October 20,

---

[1]  Dismissal with prejudice is warranted on the facts described in the October 20, 2008 Recommendation alone.  The Court need not and will not consider the additional information contained in Magistrate Judge Shaffer's January 14, 2009 Report and Recommendation (Doc. # 59).

2008 Recommendation, the January 14, 2009 Report and Recommendations filed by

Magistrate Judge Shaffer are rendered MOOT.

Therefore, it is FURTHER ORDERED that this action is DISMISSED WITH

PREJUDICE.

DATED:  February __6__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge